1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000




5

6

7
               IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
                                       1: 13 SW - 0 0 1 6 3 BAM
11  In the Matter of the          )
    Seizures of:                  )
12                                )    ORDER SEALING SEIZURE WARRANTS,
    (1) The balance of funds      )    SEIZURE WARRANT APPLICATIONS,
13  maintained at Bank of         )    SEALING APPLICATION AND SEALING
    America Account/Member        )    ORDER
14  Number #325012948880 titled   )
    in the name of Victor A.      )
15  Nottoli and Jun Wu Living     )    **Under Seal**
    Trust, not to exceed          )
16  $3,173,572.25;                )
                                  )
17  (2) The balance of funds      )
    maintained at Bank of         )
18  America Account/Member        )
    Number #383412969, titled in  )
19  the name of De Zheng Wu with  )
    Jun Wu as Power of Attorney,  )
20  not to exceed $1,685,500.00;  )
                                  )
21  (3) The balance of funds      )
    maintained at CitiBank        )
22  Account/Member Number         )
    #40019819131, titled in the   )
23  name of De Zheng Wu with Jun  )
    Wu as Power of Attorney, not  )
24  to exceed $819,890.00;        )
                                  )
25  (4) The balance of funds      )
    maintained at JP Morgan       )
26  Chase Account/Member Number   )
    #2973285105, titled in the    )
27  name of De Zheng Wu with Jun  )
    Wu as Power of Attorney, not  )
28  to exceed $680,000.00;        )

                                   1

```
 1 │ (5) The balance of funds        )
   │ maintained at Wells Fargo       )
 2 │ Bank Account/Member Number      )
   │ #9763356988, titled in the      )
 3 │ name of De Zheng Wu with Jun)
   │ Wu as Power of Attorney, not)
 4 │ to exceed $488,800.00;          )
   │                                 )
 5 │ (6) The balance of funds        )
   │ maintained at Metro United      )
 6 │ Bank Account/Member Number      )
   │ #760052602 titled in the        )
 7 │ name of Victor A. Nottoli       )
   │ and Jun Wu Living Trust, not)
 8 │ to exceed $730,000.00;          )
   │                                 )
 9 │ (7) All funds maintained at )
   │ Bank of America/Member          )
10 │ Number #164102381136, titled)
   │ in the name of The Only         )
11 │ Source Corporation, not to  )
   │ exceed $85,000.00;              )
12 │                                 )
   │ (8) All funds maintained at )
13 │ Bank of America/Member          )
   │ Number #1269615448, titled  )
14 │ in the name of BioNaturals  )
   │ Inc., not to exceed             )
15 │ $60,000.00; and                 )
   │                                 )
16 │ (9) The balance of funds        )
   │ maintained at HSBC Account/ )
17 │ Member Number #277-46861-2, )
   │ titled in the name of Victor)
18 │ Anthony Nottoli & Jun Wu,   )
   │ not to exceed $150,000.00.  )
19 │                                 )
   │ _____ )
20 │                                 )
```

The United States of America has applied to this Court for an Order permitting it to file the Seizure Warrants, Seizure Warrant Applications, Sealing Applications and Sealing Order in the above-captioned matters, in camera under seal. Upon consideration of the applications and the entire record herein,

IT IS HEREBY ORDERED that the Seizure Warrants, Applications, underlying documents, and this Order in the above-entitled

2

1  proceedings shall be filed with this Court in camera under seal
2  and shall not be disclosed to any person unless otherwise Ordered
3  by this Court.

4  DATED: June 25, 2013    _____
                           BARBARA A. McAULIFFE
5                          U.S. Magistrate Judge